### No. 10-658. Douglas Vladimir Lopez-Dubon, Petitioner v. Eric H. Holder, Jr., Attorney General.

563 U.S. 960, 131 S. Ct. 2150, 179 L. Ed. 2d 934, 2011 U.S. LEXIS 3215.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 609 F.3d 642.